ELNORRIS STONE
#V67067
P.O.BOX 5102, B-3-114
DELANO, CA. 93216

2/25/08

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA.
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102

RECEIVED
FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To whom it may concern;

May God in all His love bless you in your work & life.

I am inquiring about the status of my habeas corpus petition # CV 07 6263 TEH (PR). It was sent with proof of service on 12/6/07, also the IN FORMA PAUPERIS packet was sent 12/27/07.
Can you relay to me the status of the above case, and mail it to the above listed address? Thank you for your time and attention to this matter.

Sincerely in Christ,

Elnorris Stone