**Elnorris Stone**
#-V-67067

___ RTN TO SENDER
___ UNABLE TO LOCATE
___ MULTIPLE INMATES WITH SAME NAME
___ NAME & CDC# DON'T MATCH
___ NO LONGER IN CUSTODY
___ NO CDC#
___ REFUSED BY INMATE

FILED

RECEIVED

ELNORRIS STONE
#V67067
P.O.BOX 5102, B-3-114
DELANO, CA. 93216

RECEIVED

2/25/08

FEB 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA.
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102

To whom it may concern;

May God in all His love bless you in your work & life.

I am inquiring about the status of my habeas corpus petition # CV 07 6263 TEH (PR). It was sent with proof of service on 12/6/07, also the IN FORMA PAUPERIS packet was sent 12/27/07.
Can you relay to me the status of the above case, and mail it to the above listed address? Thank you for your time and attention to this matter.

Sincerely in Christ,

Elnorris Stone

RECEIVED

C07-6263 TEH

RETURN TO SENDER
✓UNABLE TO LOCATE
__MUTIPLE INMATES WITH SAME NAME
__NAME & CDC# DON'T MATCH
__NO LONGER IN CUSTODY
__NO CDC#
REFUSED BY INMATE

...rt informed of any
...ssal of your suit.
...you submit to this
...taken in the case to

450 GOLDEN GATE AVEN...
SAN FRANCISCO, CA 941...
(415) 522-2000
FAX (415) 522-2176

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RICHARD W. WIEKING**
**CLERK**

**450 GOLDEN GATE AVENUE**
**SAN FRANCISCO, CA 94102**
**(415) 522-2000**
**FAX (415) 522-2176**

Dear Sir/Madam:

The court has received your letter of inquiry regarding the status of your case.

You will be notified as soon as the court issues an order. You must keep the court informed of any changes of address to ensure you receive court orders and avoid possible dismissal of your suit.

You must include the case name and complete case number on any document you submit to this court for consideration in your case.

A docket sheet for your case is attached, which indicates what action has been taken in the case to date.

Sincerely,

Writ Clerk
enclosure

E-Filing, HABEAS, ProSe

**U.S. District Court**
**California Northern District (San Francisco)**
**CIVIL DOCKET FOR CASE #: 3:07-cv-06263-TEH**
**Internal Use Only**

Stone v. Hedgpeth
Assigned to: Hon. Thelton E. Henderson
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 12/11/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Elnorris Stone**

represented by **Elnorris Stone**
#:V-67067
Kern Valley State Prison
P.O. Box 6000
Delano, CA 93216
PRO SE

V.

**Respondent**

**Tony Hedgpeth**
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/11/2007 | 🔵1 | PETITION for a Writ of Habeas Corpus - [No Process] against Tony Hedgpeth, Warde - [Filing Fee: Ifpp Entered on 12/11/2007]. Filed by Petitioner Elnorris Stone. (tn, COURT STAFF) (Filed on 12/11/2007) (Entered: 12/14/2007) |
| 12/11/2007 | 🔵2 | CLERK'S NOTICE re Completion of In Forma Pauperis Affidavit or Payment of Filing Fee due within 30 days. (tn, COURT STAFF) (Filed on 12/11/2007) (Entered: 12/14/2007) |
| 12/11/2007 | 🔵 | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 12/14/2007) |
| 01/08/2008 | 🔵3 | PRISONER'S APPLICATION for Leave to Proceed in Forma Pauperis Filed by Plaintiff Elnorris Stone. (tn, COURT STAFF) (Filed on 1/8/2008) (Entered: 01/09/2008) |
| 02/28/2008 | 🔵 4 | LETTER from Petitioner Elnorris Stone, dated 2/25/2008 to Clerk Regarding Status of the Case. (tn, COURT STAFF) (Filed on 2/28/2008) (Entered: 03/03/2008) |

ELNORRIS STONE
#V67067
P.O.BOX 5102, B-3-114
DELANO, CA. 93216

RECEIVED

2/25/08

FER 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA.
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102

FILED
FEB 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To whom it may concern;

May God in all His love bless you in your work & life.

I am inquiring about the status of my habeas corpus petition
# CV 07 6263 TEH (PR).  It was sent with proof of service on
12/6/07, also the IN FORMA PAUPERIS packet was sent 12/27/07.
Can you relay to me the status of the above case, and
mail it to the above listed address?  Thank you for your time and
attention to this matter.

Sincerely in Christ,

Elnorris Stone