IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELNORRIS STONE,           ) | No. C 07-06263 TEH (PR) |
| )          Petitioner,    ) | JUDGMENT |
| vs.                       ) | |
| TONY HEDGPETH, Warden,    ) | |
|             Respondent.   ) | |

For the reasons stated on the order of dismissal, this case is DISMISSED without prejudice. Judgment is entered accordingly.

DATED: 4/28/2008

THELTON E. HENDERSON
United States District Judge