ELNORRIS STONE
#V67067
FOLSOM STATE PRISON, (B1-C-1-6)
P.O. BOX 950
FOLSOM, CA. 95763

FILED
08 MAY -7 PM 1:01
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5/5/08

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA.
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102

RE: change of address - case # CV 07 6263 TEH (PR)

To whom it may concern;

May God bless you.

I am informing you of an address change, my new location is listed above, also this is my second inquiry as to the status of my Habeas Petition (sent 12/6/07). I would appreciate your time and attention in this matter, Thank you.

Sincerely in Christ,

Elnorris Stone