FILED
08 AUG 13 PM 2:03

Case Number: CV 07 6263 TEH (PR)

## CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Elnorris Stone** for the last six months at

[prisoner name]

**Folsom Prison** where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **5.25** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **5.25**.

Dated: **7/30/08**      *Karen C. Davis*

[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                          CALIFORNIA DEPARTMENT OF CORRECTIONS              REPORT DATE: 07/30/08
                                                    CALIFORNIA STATE PRISON FOLSOM                  PAGE NO:      1
                                                    INMATE TRUST ACCOUNTING SYSTEM
                                                    INMATE TRUST ACCOUNT STATEMENT

                                          FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 30, 2008

ACCOUNT NUMBER : V67067                                           BED/CELL NUMBER: B1SCT100000031U
ACCOUNT NAME   : STONE, ELNORRIS ABRAHAM                          ACCOUNT TYPE: I
PRIVILEGE GROUP: A
```

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/01/2008 | | BEGINNING BALANCE | | | | | 0.00 |
| 02/07*DD34 | | EFT DEPOSIT O | MR0678JPAY | | 22.50 | | 22.50 |
| 04/07 FC01 | | DRAW-FAC 1 | 705172FISH | | | 22.50 | 0.00 |
| 05/08*DD34 | | EFT DEPOSIT O | MR0905JPAY | | 9.00 | | 9.00 |
| 05/09 W502 | | POSTAGE CHARG | 705979 | L | | 1.48 | 7.52 |
| 05/12 W501 | | SHIPPING CHAR | 706003 | | | 7.45 | 0.07 |
| 06/19 W536 | | COPAY CHARGE | 706877 | | | 0.07 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 07/15/2008 | H118 | LEGAL COPIES HOLD | 800326 L | 1.70 |
| 07/15/2008 | H118 | LEGAL COPIES HOLD | 800326 L | 0.50 |
| 07/22/2008 | H118 | LEGAL COPIES HOLD | 800465 L | 0.50 |
| 07/22/2008 | H118 | LEGAL COPIES HOLD | 800446 L | 0.50 |
| 07/25/2008 | H118 | LEGAL COPIES HOLD | 800577 L | 0.50 |
| 07/25/2008 | H104 | DAMAGES HOLD | 800584 | 5.00 |
| 07/29/2008 | H118 | LEGAL COPIES HOLD | 800621 L | 0.32 |
| 07/29/2008 | H118 | LEGAL COPIES HOLD | 800621 L | 26.60 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/27/05         CASE NUMBER: *145534
COUNTY CODE: *ALA                FINE AMOUNT: $   6,955.46

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 01/01/2008 | | BEGINNING BALANCE | | 6,894.74 |

```
REPORT ID: TS3030 .701                                              REPORT DATE: 07/30/08
                                                                    PAGE NO:         2
                           CALIFORNIA STATE PRISON FOLSOM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 30, 2008

ACCT: V67067              ACCT NAME: STONE, ELNORRIS ABRAHAM        ACCT TYPE: I
DATE SENTENCED: 01/27/05                       CASE NUMBER: *145534
COUNTY CODE: *ALA                              FINE AMOUNT: $  6,955.46

                        * RESTITUTION ACCOUNT ACTIVITY

DATE     TRANS.  DESCRIPTION                          TRANS. AMT.    BALANCE
----     ------  -----------                          -----------    -------
04/07/08  DR34   REST DED-EFT DEPOSIT                    25.00-     6,869.74
05/08/08  DR34   REST DED-EFT DEPOSIT                    10.00-     6,859.74


                        TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL      TOTAL        CURRENT      HOLDS       TRANSACTIONS
BALANCE       DEPOSITS   WITHDRAWALS  BALANCE      BALANCE     TO BE POSTED
---------     --------   -----------  -------      -------     ------------
  0.00         31.50       31.50        0.00        35.62          0.00

                                                    CURRENT
                                                    AVAILABLE
                                                    BALANCE
                                                    ---------
                                                     35.62-
```

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7/30/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

| STATE OF CALIFORNIA<br>GA-22 (9/92) | | | **INMATE REQUEST FOR INTERVIEW** | | DEPARTMENT OF CORRECTIONS | |
|---|---|---|---|---|---|---|
| DATE<br>/28/08 | TO<br>Trust Accounting Office | | | FROM (LAST NAME)<br>Stone, E. | | CDC NUMBER<br>V67067 |
| HOUSING<br>31-C1 | BED NUMBER<br>31U | WORK ASSIGNMENT<br>Bridging Arts in Correction | | | JOB NUMBER  BRG-A.001<br>FROM 0700 –    TO 1430 | |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)<br>N/A | | | | | ASSIGNMENT HOURS<br>FROM  –              TO  – | |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I need a Certified Copy of My trust account for the last 6 months and the enclosed document filled out and returned for mailing to the U.S. District Court as soon as possible, thank you for your time and attention. God bless you.

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY                                                                                          DATE

DISPOSITION