UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ELNORRIS STONE,

        Plaintiff,

  v.

CA DEPT. OF CORRECTIONS et al,

        Defendant.
                             /

Case Number: CV07-06263 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elnorris Stone #:V-67067
Folsom State Prison
P.O. Box 950
Folsom, CA 95763-0950

Dated: January 12, 2010

Richard W. Wieking, Clerk
 By: R.B. Espinosa, Deputy Clerk